UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: JASKULA, JOSEPH J § Case No. 09-14749 | |
| JASKULA, ALICE M § | |
| § | |
| Debtor(s) § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/12/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/08/2010     By: /s/MICHAEL G. BERLAND_____
                                 Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: JASKULA, JOSEPH J  § Case No. 09-14749
       JASKULA, ALICE M   §
                          §
Debtor(s)                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $ 1,000,064.00

*and approved disbursements of*               $   357,918.45

*leaving a balance on hand of* [1]            $   642,145.55

Claims of secured creditors will be paid as follows:

*Claimant*                                          *Proposed Payment*
                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | MICHAEL G. BERLAND | $ 10,000.00 | $ 513.69 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*          *Fees*          *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,464.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 102.9 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Recovery Management Systems for Capital Recovery III | $ 930.16 | $ 930.16 |
| 11 | Recovery Management Systems for Capital Recovery III | $ 27.33 | $ 27.33 |
| 2 | Recovery Management Systems for Capital Recovery III | $ 336.49 | $ 336.49 |
| 21 | Recovery Management Systems for Capital Recovery III | $ 9.89 | $ 9.89 |
| 3 | Recovery Management Systems For Capital Recovery III | $ 908.96 | $ 908.96 |
| | Recovery Management | | |

**UST Form 101-7-NFR (9/1/2009)**

| Claim # | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3I | Systems for capital Recovery III | $ 26.70 | $ 26.70 |
| 4 | Recovery Management Systems For Capital Recovery III | $ 1,460.07 | $ 1,460.07 |
| 4I | Recovery Management Systems for Capital Recovery III | $ 42.89 | $ 42.89 |
| 5 | Recovery Management Systems for Capital Recovery III | $ 808.06 | $ 808.06 |
| 5I | Recovery Management Systems for Capital Recovery III | $ 23.74 | $ 23.74 |
| 6 | Applied Bank | $ 1,667.44 | $ 1,667.44 |
| 6I | Applied Bank | $ 48.98 | $ 48.98 |
| 7 | Applied Bank | $ 1,118.13 | $ 1,118.13 |
| 7I | Applied Bank | $ 32.85 | $ 32.85 |
| 8 | Recovery Management Systems for GE Money Bank | $ 425.26 | $ 425.26 |
| 8I | Recovery Management Systems For GE Money Bank | $ 12.49 | $ 12.49 |
| 9 | PYOD LLC assignee of Citibank | $ 4,809.85 | $ 4,809.85 |
| 9I | PYOD LLC, assignee of Citibank | $ 141.30 | $ 141.30 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                        Allowed Amt. of Claim   Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                           Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $618,775.95.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/MICHAEL G. BERLAND
                              Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: nmolina              Page 1 of 1              Date Rcvd: Feb 09, 2010
Case: 09-14749                Form ID: pdf006            Total Noticed: 27

The following entities were noticed by first class mail on Feb 11, 2010.
db/jdb         +Joseph J Jaskula,    Alice M Jaskula,    808 Longlane Road,    New Lenox, IL 60451-8552
aty            +Dirk L Van Beek,    7220 West 194th Street,    Tinley Park, IL 60487-9211
tr             +Michael G Berland,    1 N LaSalle St, No.1775,    Chicago, IL 60602-4065
13874268       +American General Financial,    08M1-175603,    c/o Louis A. Weinstock, Attorney,
                 20 North Clark, Suite 2600,    Chicago, IL 60602-5106
13874269        Applied Bank,    303 9 75732 7,    Bankcard Service Center,    P.O. Box 15809,
                 Wilmington, DE 19850-5809
14254447        Applied Bank,    P.O. Box 17125,    Wilmington DE 19850-7125
13874270        Aspire,    46850003857757,    P.O. Box 105555,    Atlanta, GA 30348-5555
13874271       +Capital One Bnak,    c/o Blitt and Gaines, Attorneys,    661 Glenn Avenue,
                 Wheeling, IL 60090-6017
13828252       +Chase Home Mortgage,    0024030041,    P.O. Box 78116,    Phoenix, AZ 85062-8116
13874272       +Citibank,    424180793372449,    c/o Northland Group Inc.,    P.O. Box 390905,
                 Edina, MN 55439-0905
13874275        HSBC Card Services,    06330007560600,    P.O. Box 17051,    Baltimore, MD 21297-1051
13874278        HSBC Card Services,    455037540161,    P.O. Box 17051,    Baltimore, MD 21297-1051
13874276        HSBC Card Services,    380006982706,    P.O. Box 17313,    Baltimore, MD 21297-1313
13874277        Juniper Master Card,    218005251481,    P.O. Box 13337,    Philadelphia, PA 19101-3337
14460832       +PYOD LLC its successors,    assignee of Citibank,    c/o Resurgent Capital Services,    PO Box 19008,
                 Greenville, SC 29602-9008
13874279        Salute,    810000875947,    P.O. Box 105555,    Atlanta, GA 30348-5555
13874280        Salute,    810001288785,    P.O. Box 105555,    Atlanta, GA 30348-5555
13874282       +Target National Bank,    90037057453290,    c/o NCO Financial Systems,    507 Prudential Road,
                 Horsham, PA 19044-2308
13874274        Tinnys,    870846241630,    c/o ER Solutions, Inc.,    P.O. Box 9004,    Renton, WA 98057-9004
13874284        Tribute,    860003841059,    P.O. Box 105555,    Atlanta, GA 30348-5555
13874283        Tribute,    860004280877,    P.O. Box 105555,    Atlanta, GA 30348-5555
The following entities were noticed by electronic transmission on Feb 09, 2010.
13874273        E-mail/PDF: rmscedi@recoverycorp.com Feb 10 2010 01:02:14
                 Capital Recovery III LLC (Credit One Bank NA),    c/o Recovery Management Systems Corp,
                 25 S E 2nd Avenue Ste 1120,    Miami, FL 33131-1605
14450560       +E-mail/PDF: rmscedi@recoverycorp.com Feb 10 2010 01:02:14
                 Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
                 25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14167917       +E-mail/PDF: rmscedi@recoverycorp.com Feb 10 2010 01:02:14
                 Recovery Management Systems Corporation,    For Capital Recovery III LLC,    As Assignee of HSBC,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14167911       +E-mail/PDF: rmscedi@recoverycorp.com Feb 10 2010 01:02:14
                 Recovery Management Systems Corporation,    For Capital Recovery III LLC,
                 As Assignee of Citibank - EXXONMOBIL CON,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14168473       +E-mail/PDF: rmscedi@recoverycorp.com Feb 10 2010 01:02:14
                 Recovery Management Systems Corporation,    For Capital Recovery III LLC,
                 As Assignee of CREDIT ONE BANK, N.A.,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13874281       +E-mail/PDF: gecsedi@recoverycorp.com Feb 10 2010 01:02:13     Sam's Club,    100065866287,
                 GE Money Bank,    P.O. Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13874267*     +Chase Home Mortgage,    0024030041,    P.O. Box 78116,    Phoenix, AZ 85062-8116
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 11, 2010**                         **Signature:** *Joseph Speetjens*