## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: JASKULA, JOSEPH J | § | Case No. 09-14749 |
| JASKULA, ALICE M | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $61,330.00 |
| Total Distribution to Claimants: $12,830.59 | Claims Discharged Without Payment: $20,960.00 |
| Total Expenses of Administration: $338,432.14 | |

3) Total gross receipts of $ 1,000,096.31 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 648,833.58 (see **Exhibit 2**), yielded net receipts of $351,262.73 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 380,184.07 | 338,432.14 | 338,432.14 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 27,751.00 | 12,830.59 | 12,830.59 | 12,830.59 |
| **TOTAL DISBURSEMENTS** | $27,751.00 | $393,014.66 | $351,262.73 | $351,262.73 |

4) This case was originally filed under Chapter 7 on April 24, 2009.
. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/03/2010          By: /s/MICHAEL G. BERLAND
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Medical malpractice action-unscheduled | 1242-000 | 1,000,000.00 |
| Interest Income | 1270-000 | 96.31 |
| **TOTAL GROSS RECEIPTS** | | **$1,000,096.31** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Joseph & Alice Jaskula | Payment of exemptions for both debtors per court order | 8100-002 | 30,000.00 |
| JOSEPH J JASKULA & ALICE JASKULA | Dividend paid 100.00% on $618,833.58; Claim# SURPLUS; Filed: $618,833.58; Reference: | 8200-000 | 618,833.58 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$648,833.58** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL SECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 51,751.93 | 10,000.00 | 10,000.00 |
| MICHAEL G. BERLAND | 2200-000 | N/A | 513.69 | 513.69 | 513.69 |
| Gardiner, Koch, Weisberg & Wrona | 3210-600 | N/A | 262,500.00 | 262,500.00 | 262,500.00 |
| Gardiner, Koch, Weisberg & Wrona | 3220-610 | N/A | 65,418.45 | 65,418.45 | 65,418.45 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 380,184.07 | 338,432.14 | 338,432.14 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Recovery Management Systems for Capital Recovery 111 | 7100-000 | N/A | 930.16 | 930.16 | 930.16 |
| Recovery Management Systems for Capital Recovery 111 | 7990-000 | N/A | 27.33 | 27.33 | 27.33 |
| Recovery Management Systems for Capital Recovery 111 | 7100-000 | 337.00 | 336.49 | 336.49 | 336.49 |
| Recovery Management Systems for Capital Recovery 111 | 7990-000 | N/A | 9.89 | 9.89 | 9.89 |
| Recovery Management Systems For Capital Recovery 111 | 7100-000 | 809.00 | 908.96 | 908.96 | 908.96 |
| Recovery Management Systems for capital Recovery 111 | 7990-000 | N/A | 26.70 | 26.70 | 26.70 |
| Recovery Management Systems For Capital Recovery111 | 7100-000 | N/A | 1,460.07 | 1,460.07 | 1,460.07 |
| Recovery Management Systems for Capital Recovery 111 | 7990-000 | N/A | 42.89 | 42.89 | 42.89 |
| Recovery Management Systems for Capital Recovery 111 | 7100-000 | N/A | 808.06 | 808.06 | 808.06 |
| Recovery Management Systems for Capital Recovery 111 | 7990-000 | N/A | 23.74 | 23.74 | 23.74 |
| Applied Bank | 7100-000 | N/A | 1,667.44 | 1,667.44 | 1,667.44 |
| Applied Bank | 7990-000 | N/A | 48.98 | 48.98 | 48.98 |
| Applied Bank | 7100-000 | 1,120.00 | 1,118.13 | 1,118.13 | 1,118.13 |
| Applied Bank | 7990-000 | N/A | 32.85 | 32.85 | 32.85 |
| Recovery Management Systems for GE Money Bank | 7100-000 | 450.00 | 425.26 | 425.26 | 425.26 |
| Recovery Management Systems For GE Money Bank | 7990-000 | N/A | 12.49 | 12.49 | 12.49 |
| PYOD LLC assignee of Citibank | 7100-000 | 4,075.00 | 4,809.85 | 4,809.85 | 4,809.85 |
| PYOD LLC , assignee of Citibank | 7990-000 | N/A | 141.30 | 141.30 | 141.30 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Sam's Club GE Money Bank | 7100-000 | 330.00 | N/A | N/A | 0.00 |
| Salute | 7100-000 | 1,606.00 | N/A | N/A | 0.00 |
| Salute | 7100-000 | 1,611.00 | N/A | N/A | 0.00 |
| Tinnys c/o ER Solutions, Inc. | 7100-000 | 695.00 | N/A | N/A | 0.00 |
| Juniper Master Card | 7100-000 | 2,042.00 | N/A | N/A | 0.00 |
| Aspire | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| Credit One Bank | 7100-000 | 1,255.00 | N/A | N/A | 0.00 |
| American General Financial Services of IL c/o Louis A. | 7100-000 | 5,401.00 | N/A | N/A | 0.00 |
| Target National Bank c/o NCO Financial Systems Inc. | 7100-000 | 320.00 | N/A | N/A | 0.00 |
| Tribute | 7100-000 | 1,370.00 | N/A | N/A | 0.00 |
| Tribute | 7100-000 | 1,530.00 | N/A | N/A | 0.00 |
| Capital One Bank c/o Blitt and Gaines, Attorneys | 7100-000 | 3,900.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 27,751.00 | 12,830.59 | 12,830.59 | 12,830.59 |

**UST Form 101-7-TDR (9/1/2009)**

Case 09-14749    Doc 47    Filed 06/24/10    Entered 06/24/10 08:48:17    Desc Main
            Document      Page 7 of 12

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-14749 | Trustee: | (520196) | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- |
| Case Name: | JASKULA, JOSEPH J | Filed (f) or Converted (c): | 04/24/09 (f) | |
| | JASKULA, ALICE M | §341(a) Meeting Date: | 06/08/09 | |
| Period Ending: | 06/03/10 | Claims Bar Date: | 10/13/09 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Savings & Checking-Credit Union-scheduled | 120.00 | 0.00 | | 0.00 | FA |
| 2 | Cash-schedueld | 10.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Wearing apparel-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 5 | 1998 Chevy Malibu-scheduled | 800.00 | 0.00 | | 0.00 | FA |
| 6 | 808 Longlane, New Lenox, Illinopis | 300,000.00 | 0.00 | | 0.00 | FA |
| 7 | Medical malpractice action-unscheduled (u) | 0.00 | 970,000.00 | | 1,000,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 96.31 | Unknown |
| 8 | Assets    Totals (Excluding unknown values) | $301,330.00 | $970,000.00 | | $1,000,096.31 | $0.00 |

**Major Activities Affecting Case Closing:**

The debtor employed special counsel to prosecute an unscheduled medical malpractice action, whichw as recenlty settled.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013        **Current Projected Date Of Final Report (TFR):**    December 31, 2013

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-14749 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | JASKULA, JOSEPH J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | JASKULA, ALICE M | | Account: | \*\*\*-\*\*\*\*\*44-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*\*5551 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/03/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/25/09 | {7} | Gardiner Koch & Weisberg | Payment of settlement for PI case per court order | 1242-000 | 1,000,000.00 | | 1,000,000.00 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.36 | | 1,000,001.36 |
| 12/01/09 | 1001 | Joseph & Alice Jaskula | Payment of exemptions for both debtors per court order | 8100-002 | | 30,000.00 | 970,001.36 |
| 12/01/09 | 1002 | Gardiner, Koch, Weisberg & Wrona | Payment of special counsel attorney fee per court order | 3210-600 | | 262,500.00 | 707,501.36 |
| 12/01/09 | 1003 | Gardiner, Koch, Weisberg & Wrona | Payment of special counsel expenses per court order | 3220-610 | | 65,418.45 | 642,082.91 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 37.32 | | 642,120.23 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 25.32 | | 642,145.55 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 24.45 | | 642,170.00 |
| 03/07/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 7.86 | | 642,177.86 |
| 03/07/10 | | To Account #\*\*\*\*\*\*\*\*4466 | Transfer for purpose of final distirbution | 9999-000 | | 642,177.86 | 0.00 |
| | | | ACCOUNT TOTALS | | 1,000,096.31 | 1,000,096.31 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 642,177.86 | |
| | | | Subtotal | | 1,000,096.31 | 357,918.45 | |
| | | | Less: Payments to Debtors | | | 30,000.00 | |
| | | | NET Receipts / Disbursements | | $1,000,096.31 | $327,918.45 | |

() Asset reference(s)

Printed: 06/03/2010 11:51 AM   V.12.08

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-14749 | | Trustee: | MICHAEL G. BERLAND (520196) |
| Case Name: | JASKULA, JOSEPH J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | JASKULA, ALICE M | | Account: | ***-*****44-66 - Checking Account |
| Taxpayer ID #: | **-****5551 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/03/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/07/10 | | From Account #********4465 | Transfer for purpose of final distirbution | 9999-000 | 642,177.86 | | 642,177.86 |
| 03/15/10 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $10,000.00, Trustee Compensation; Reference: | 2100-000 | | 10,000.00 | 632,177.86 |
| 03/15/10 | 102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $513.69, Trustee Expenses; Reference: | 2200-000 | | 513.69 | 631,664.17 |
| 03/15/10 | 103 | Recovery Management Systems for Capital Recovery 111 | Dividend paid 100.00% on $930.16; Claim# 1; Filed: $930.16; Reference: | 7100-000 | | 930.16 | 630,734.01 |
| 03/15/10 | 104 | Recovery Management Systems for Capital Recovery 111 | Dividend paid 100.00% on $336.49; Claim# 2; Filed: $336.49; Reference: | 7100-000 | | 336.49 | 630,397.52 |
| 03/15/10 | 105 | Recovery Management Systems For Capital Recovery 111 | Dividend paid 100.00% on $908.96; Claim# 3; Filed: $908.96; Reference: | 7100-000 | | 908.96 | 629,488.56 |
| 03/15/10 | 106 | Recovery Management Systems For Capital Recovery111 | Dividend paid 100.00% on $1,460.07; Claim# 4; Filed: $1,460.07; Reference: | 7100-000 | | 1,460.07 | 628,028.49 |
| 03/15/10 | 107 | Recovery Management Systems for Capital Recovery 111 | Dividend paid 100.00% on $808.06; Claim# 5; Filed: $808.06; Reference: | 7100-000 | | 808.06 | 627,220.43 |
| 03/15/10 | 108 | Applied Bank | Dividend paid 100.00% on $1,667.44; Claim# 6; Filed: $1,667.44; Reference: | 7100-000 | | 1,667.44 | 625,552.99 |
| 03/15/10 | 109 | Applied Bank | Dividend paid 100.00% on $1,118.13; Claim# 7; Filed: $1,118.13; Reference: | 7100-000 | | 1,118.13 | 624,434.86 |
| 03/15/10 | 110 | Recovery Management Systems for GE Money Bank | Dividend paid 100.00% on $425.26; Claim# 8; Filed: $425.26; Reference: | 7100-000 | | 425.26 | 624,009.60 |
| 03/15/10 | 111 | PYOD LLC assignee of Citibank | Dividend paid 100.00% on $4,809.85; Claim# 9; Filed: $4,809.85; Reference: | 7100-000 | | 4,809.85 | 619,199.75 |
| 03/15/10 | 112 | Recovery Management Systems for Capital Recovery 111 | Dividend paid 100.00% on $27.33; Claim# 1I; Filed: $27.33; Reference: | 7990-000 | | 27.33 | 619,172.42 |
| 03/15/10 | 113 | Recovery Management Systems for Capital Recovery 111 | Dividend paid 100.00% on $9.89; Claim# 2I; Filed: $9.89; Reference: | 7990-000 | | 9.89 | 619,162.53 |
| 03/15/10 | 114 | Recovery Management Systems for capital Recovery 111 | Dividend paid 100.00% on $26.70; Claim# 3I; Filed: $26.70; Reference: | 7990-000 | | 26.70 | 619,135.83 |
| 03/15/10 | 115 | Recovery Management Systems for Capital Recovery 111 | Dividend paid 100.00% on $42.89; Claim# 4I; Filed: $42.89; Reference: | 7990-000 | | 42.89 | 619,092.94 |
| 03/15/10 | 116 | Recovery Management Systems for Capital Recovery 111 | Dividend paid 100.00% on $23.74; Claim# 5I; Filed: $23.74; Reference: | 7990-000 | | 23.74 | 619,069.20 |
| 03/15/10 | 117 | Applied Bank | Dividend paid 100.00% on $48.98; Claim# 6I; Filed: $48.98; Reference: | 7990-000 | | 48.98 | 619,020.22 |
| 03/15/10 | 118 | Applied Bank | Dividend paid 100.00% on $32.85; Claim# 7I; Filed: $32.85; Reference: | 7990-000 | | 32.85 | 618,987.37 |
| 03/15/10 | 119 | Recovery Management Systems For GE Money Bank | Dividend paid 100.00% on $12.49; Claim# 8I; Filed: $12.49; Reference: | 7990-000 | | 12.49 | 618,974.88 |

Subtotals :                                      $642,177.86      $23,202.98

{} Asset reference(s)                                                      Printed: 06/03/2010 11:51 AM    V.12.08

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-14749 | | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- | --- |
| Case Name: | JASKULA, JOSEPH J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | JASKULA, ALICE M | | Account: | ***-*****44-66 - Checking Account |
| Taxpayer ID #: | **-***5551 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/03/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 03/15/10 | 120 | PYOD LLC, assignee of Citibank | Dividend paid 100.00% on $141.30; Claim# 91; Filed: $141.30; Reference: | 7990-000 | | 141.30 | 618,833.58 |
| 03/15/10 | 121 | JOSEPH J JASKULA & ALICE JASKULA | Dividend paid 100.00% on $618,833.58; Claim# SURPLUS; Filed: $618,833.58; Reference: | 8200-000 | | 618,833.58 | 0.00 |
| | | | ACCOUNT TOTALS | | 642,177.86 | 642,177.86 | $0.00 |
| | | | Less: Bank Transfers | | 642,177.86 | 0.00 | |
| | | | Subtotal | | 0.00 | 642,177.86 | |
| | | | Less: Payments to Debtors | | | 618,833.58 | |
| | | | NET Receipts / Disbursements | | $0.00 | $23,344.28 | |

{} Asset reference(s)  
Printed: 06/03/2010 11:51 AM V.12.08

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-14749 |
| Case Name: | JASKULA, JOSEPH J |
| | JASKULA, ALICE M |
| Taxpayer ID #: | **-***5551 |
| Period Ending: | 06/03/10 |

| | |
|---|---|
| Trustee: | MICHAEL G. BERLAND (520196) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******44-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 06/03/2010 11:51 AM   V.12.08

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 09-14749 | Trustee: MICHAEL G. BERLAND (520196) |
| Case Name: JASKULA, JOSEPH J | Bank Name: The Bank of New York Mellon |
| JASKULA, ALICE M | Account: 9200-******44-66 - Checking Account |
| Taxpayer ID #: **-***5551 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 06/03/10 | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****44-65 | 1,000,096.31 | 327,918.45 | 0.00 |
| Checking # ***-*****44-66 | 0.00 | 23,344.28 | 0.00 |
| MMA # 9200-******44-65 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******44-66 | 0.00 | 0.00 | 0.00 |
| | $1,000,096.31 | $351,262.73 | $0.00 |